UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                            **ORDER**
                                                  02-CR-214S (2)

SAHIM ALWAN,

                              Defendant.

Having reviewed Defendant's request for appointment of counsel, and finding Defendant financially eligible, IT HEREBY IS ORDERED, that Daniel Henry is appointed under the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Defendant. James P. Harrington is relieved as Defendant's counsel.

    SO ORDERED.

Dated:  March 29, 2012
           Buffalo, New York

                                                    s/William M. Skretny
                                                   WILLIAM M. SKRETNY
                                                          Chief Judge
                                                 United States District Court